IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

KELVIN SNEED,

  Defendant.

CRIMINAL FILE NO.
1:16-CR-145-25-TWT

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1171] of the Magistrate Judge recommending denying the Defendant's Motions to Suppress [Doc. 311 & 312] and Motion to Sever [Doc. 1004]. As set forth in the thorough and well-reasoned Report and Recommendation, the Defendant was properly joined as a Defendant under Rule 8(b). The motion to sever on the grounds of undue prejudice is premature until a trial plan has been formalized. The motion may be renewed at that time. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motions to Suppress [Doc. 311 & 312] and Motion to Sever [Doc. 1004] are DENIED.

SO ORDERED, this 15 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge